FILE COPY



# COURT OF APPEALS

| | | |
|---|---|---|
| CATHERINE STONE<br>  CHIEF JUSTICE<br>KAREN ANGELINI<br>SANDEE BRYAN MARION<br>MARIALYN BARNARD<br>REBECA C. MARTINEZ<br>PATRICIA O. ALVAREZ<br>LUZ ELENA D. CHAPA<br>  JUSTICES | FOURTH COURT OF APPEALS DISTRICT<br>CADENA-REEVES JUSTICE CENTER<br>300 DOLOROSA, SUITE 3200<br>SAN ANTONIO, TEXAS 78205-3037<br>WWW.4THCOA.COURTS.STATE.TX.US | KEITH E. HOTTLE<br>CLERK OF<br>COURT<br><br>TELEPHONE<br>(210) 335-2635<br><br>FACSIMILE NO.<br>(210) 335-2762 |

April 2, 2013

Amy A. Geistweidt
Higdon, Hardy & Zuflacht, L.L.P.
12000 Huebner Road, Suite 200
San Antonio, TX 78230-1210

Franklin L. Goodlefsky
The Goodlefsky Law Firm PC
8450 Fountain Circle
San Antonio, TX 78229

RE:    Court of Appeals Number:   04-13-00138-CV
          Trial Court Case Number:   2005-CI-07696
          Style:  Joe C. Medellin, Jr.
                v.
            Rebecca Medellin

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                         Very truly yours,
                         KEITH E. HOTTLE, CLERK

                         Elizabeth Montoya
                         Deputy Clerk, Ext. 53857

cc: Catherine E. Kernodle
Connie Gomez

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2013

No. 04-13-00138-CV

Joe C. **MEDELLIN**, Jr.,
Appellant

v.

Rebecca **MEDELLIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-07696
Victor Hugo Negron, Jr., Judge Presiding

# O R D E R

On March 7, 2013, the court reporter filed a notification of late record stating no record was made of a hearing in the underlying cause on the date requested by appellant. On March 12, 2013, this court issued an order directing appellant to file a written response to the court reporter's notification no later than March 22, 2013. Our order stated that if no response was filed, this appeal would proceed as if no reporter's record was taken. Appellant did not file a response to the order. Accordingly, the appellate record is complete, and appellant's brief must be filed no later than April 22, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

April 2, 2013

No. 04-13-00138-CV

Joe C. **MEDELLIN**, Jr.,
Appellant

v.

Rebecca **MEDELLIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-07696
Victor Hugo Negron, Jr., Judge Presiding

# O R D E R

On March 7, 2013, the court reporter filed a notification of late record stating no record was made of a hearing in the underlying cause on the date requested by appellant. On March 12, 2013, this court issued an order directing appellant to file a written response to the court reporter's notification no later than March 22, 2013. Our order stated that if no response was filed, this appeal would proceed as if no reporter's record was taken. Appellant did not file a response to the order. Accordingly, the appellate record is complete, and appellant's brief must be filed no later than April 22, 2013.

/s/ Catherine Stone
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2013.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

Entered this 2nd day of April, 2013.                                    VOL____PAGE____